**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6050

In Re:  PAUL MCDONALD,

Petitioner.

On Petition for Writ of Error.
(8:06-cv-00968-PJM)

Submitted:  May 31, 2007          Decided:  June 7, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Paul McDonald, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul McDonald petitions for a writ of error pursuant to 28 U.S.C. § 1651(a) (2000). Because McDonald has not demonstrated his right to the relief sought, we deny relief.[*] Accordingly, we deny the petition for writ of error. We also deny McDonald's motions for a jury trial, to place his case in abeyance, to consolidate this case with a prior appeal, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]See generally, In re Beard, 811 F.2d 818, 826-27 (4th Cir. 1987).